IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRINCESS AMINA SALVADOR,
    Plaintiff,

vs.                                                Case No.: 3:18cv2158/LAC/EMT

J. CHANCE,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 10, 2019 (ECF No. 5). Attempts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford her opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** without prejudice under 28 U.S.C. § 1406(a).

3.    The clerk of court is directed to close the file.

**DONE AND ORDERED** this 7th day of February, 2019.

        _s/L.A. Collier_
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**